| CAPSTONE HOTEL, LTD | 0435-R001-DIRDEP | | 06/03/2010 | Direct Deposit |
|---|---|---|---|---|
| DBA HOTEL CAPSTONE | 305 | | DATE | CHECK NO. |
| 320 PAUL BRYANT DR | 734 | | | |
| TUSCALOOSA, AL 35401 | | | | |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ARIEL BELL
807 26TH AVE E
APT 16
TUSCALOOSA AL 35404

Total Net Direct Deposit(s)
**$296.70**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

CAPTONE BANK
2330 UNIVERSITY BLVD STE 401
TUSCALOOSA, AL 35401

PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
ARIEL BELL
807 26TH AVE E
APT 16
TUSCALOOSA, AL 35404

Soc Sec #: XXX-XX-XXXX    Employee ID: 734
Hire Date: 11/05/09
Status: FT
Filing Status:
Federal: Single, 2
State: AL, Single, 3
Dept: 305

Pay Period: 05/15/10 to 05/28/10
Check Date: 06/03/10    Check #: Direct Deposit
**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 642.43 |
| CHECKING1 - 5078 | 296.70 | 2679.43 |
| Net Pay | 296.70 | 3321.86 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 52.75 | 7.2500 | 382.44 | 696.00 | 4268.78 |
| | OVERTIME | | | | 13.50 | 146.82 |
| | HOLIDAY | | | | 8.00 | 58.00 |
| | TIPS | | | 273.92 | | 3665.94 |
| | GRATUTITY | | | | | 32.24 |
| | BCBS DENTAL 125 | | | -5.31 | | -21.24 |
| | TIP MINIMUM | | | | | 26.77 |
| | **GROSS** | 52.75 | | 651.05 | 717.50 | 8177.31 |
| | **TRUE GROSS** | | | 656.36 | | 8198.55 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | TIPS-OUT | 273.92 | 3665.94 |
| | TOTAL | 273.92 | 3665.94 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 13.76 | 319.85 |
| | OASDI | 40.37 | 507.01 |
| | MEDICARE | 9.44 | 118.58 |
| | STATE W/H AL | 16.86 | 244.07 |
| | TOTAL | 80.43 | 1189.51 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 296.70 | 3321.86 |

Payrolls by Paychex, Inc.

**0435-R001** CAPSTONE HOTEL, LTD  ■  DBA HOTEL CAPSTONE  ■  320 PAUL BRYANT DR  ■  TUSCALOOSA, AL 35401  ■

| | | |
|---|---|---|
| CAPSTONE HOTEL, LTD<br>DBA HOTEL CAPSTONE<br>320 PAUL BRYANT DR<br>TUSCALOOSA, AL 35401 | 0435-R001-DIRDEP<br>305<br>734 | 05/06/2010 **Direct Deposit**<br>DATE  CHECK NO. |

PAY TO THE ORDER OF

ARIEL BELL
807 26TH AVE E
APT 16
TUSCALOOSA AL 35404

Total Net Direct Deposit(s)
**$447.22**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

CAPTONE BANK
2330 UNIVERSITY BLVD STE 401
TUSCALOOSA, AL 35401

PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

🏠 FOLD AND REMOVE                                                                                   FOLD AND REMOVE 🏠

**PERSONAL AND CHECK INFORMATION**
ARIEL BELL
807 26TH AVE E
APT 16
TUSCALOOSA, AL 35404

Soc Sec #: XXX-XX-XXXX   Employee ID: 734
Hire Date: 11/05/09
Status: FT
Filing Status:
Federal: Single, 2
State: AL, Single, 3
Dept: 305

Pay Period: 04/17/10 to 04/30/10
Check Date: 05/06/10   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 642.43 |
| CHECKING1 - 5078 | 447.22 | 2086.13 |
| Net Pay | 447.22 | 2728.56 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 7.50 | 3.5000 | 26.25 | | |
| REGULAR | 70.50 | 7.2500 | 511.13 | 570.00 | 3440.58 |
| OVERTIME | 7.75 | 10.8750 | 84.28 | 13.50 | 146.82 |
| HOLIDAY | | | | 8.00 | 58.00 |
| TIPS | | | 357.15 | | 2952.04 |
| GRATUTITY | | | | | 32.24 |
| BCBS DENTAL 125 | | | -5.31 | | -10.62 |
| TIP MINIMUM | | | | | 26.77 |
| **GROSS** | 85.75 | | 973.50 | 591.50 | 6645.83 |
| **TRUE GROSS** | | | 978.81 | | 6656.45 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TIPS-OUT | 357.15 | 2952.04 |
| TOTAL | 357.15 | 2952.04 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 60.59 | 259.46 |
| OASDI | 60.36 | 412.05 |
| MEDICARE | 14.12 | 96.37 |
| STATE W/H AL | 34.06 | 197.35 |
| TOTAL | 169.13 | 965.23 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 447.22 | 2728.56 |

*Payrolls by Paychex, Inc.*

**0435-R001** CAPSTONE HOTEL, LTD  ■  DBA HOTEL CAPSTONE  ■  320 PAUL BRYANT DR  ■  TUSCALOOSA, AL 35401  ■

CAPSTONE HOTEL, LTD
DBA HOTEL CAPSTONE
320 PAUL BRYANT DR
TUSCALOOSA, AL 35401

0435-R001-DIRDEP
305
734

04/22/2010 | Direct Deposit
DATE | CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ARIEL BELL
1712 18TH ST
TUSCALOOSA AL 35401

Total Net Direct Deposit(s)
**$278.29**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

CAPTONE BANK
2330 UNIVERSITY BLVD STE 401
TUSCALOOSA, AL 35401

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE | FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
ARIEL BELL
1712 18TH ST
TUSCALOOSA, AL 35401

Soc Sec #: XXX-XX-XXXX   Employee ID: 734
Hire Date: 11/05/09
Status: FT
Filing Status:
Federal: Single, 2
State: AL, Single, 3
Dept: 305

Pay Period: 04/03/10 to 04/16/10
Check Date: 04/22/10   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 642.43 |
| CHECKING1 - 5078 | 278.29 | 1638.91 |
| Net Pay | 278.29 | 2281.34 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 51.50 | 7.2500 | 373.38 | 492.00 | 2903.20 |
| OVERTIME | | | | 5.75 | 62.54 |
| HOLIDAY | | | | 8.00 | 58.00 |
| TIPS | | | 323.17 | | 2594.89 |
| GRATUTITY | | | | | 32.24 |
| BCBS DENTAL 125 | | | -5.31 | | -5.31 |
| TIP MINIMUM | | | | | 26.77 |
| GROSS | 51.50 | | 691.24 | 505.75 | 5672.33 |
| TRUE GROSS | | | 696.55 | | 5677.64 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TIPS-OUT | 323.17 | 2594.89 |
| TOTAL | 323.17 | 2594.89 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 18.25 | 198.87 |
| OASDI | 42.86 | 351.69 |
| MEDICARE | 10.02 | 82.25 |
| STATE W/H AL | 18.65 | 163.29 |
| TOTAL | 89.78 | 796.10 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 278.29 | 2281.34 |

ayrolls by Paychex, Inc.

**435-R001** CAPSTONE HOTEL, LTD ■ DBA HOTEL CAPSTONE ■ 320 PAUL BRYANT DR ■ TUSCALOOSA, AL 35401 ■

# TUSCALOOSA COUNTY FOOD STAMP PROGRAM
Department Of Human Resources
P.O. Box 70100
Tuscaloosa, Al 35407
205-554-1100

Date: 11-17-09

Name: Ariel Bell

SSN: 630083910

This household (does) does not receive current benefits.

Our records show this household consists of 2 members and we show income as $ 367.00 food stamp, $ 1281.00 wages,

$ 190.00 Public Assistance (ADC-TANF),

$ 0 Social Security (SSI).

Sincerely,

[signature]
ASA S